# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANCISCO JAVIER GAXIOLA PENUNURI,<br><br>  Defendant. | Case No. 24-CR-152-AGS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause having been shown,

IT IS HEREBY ORDERED that the Indictment against Defendant Francisco Javier Gaxiola Penunuri in the above-captioned case is dismissed without prejudice.

Dated:  April 5, 2024

_____
HON. ANDREW G. SCHOPLER
United States District Judge